**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000501
27-FEB-2025
08:22 AM
Dkt. 35 OAWST**

NO. CAAP-24-0000501

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF THE T.H.G. MARITAL SUBTRUST

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(TR. NO. 1TR161000012)

ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice (Stipulation), filed January 10, 2025, by Petitioner-Appellant Kiana E. Gentry, the papers in support, and the record, it appears that (1) the filing fees have been paid and the appeal has been docketed; (2) under Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs in this appeal, "except for the fees and costs of the Guardians Ad Litem Colin K. K. Goo and Scott A. Makukane[,] which shall be paid from the above-captioned trust"; and (3) the Stipulation is signed by all appearing parties, whether by counsel or self-represented.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs in this appeal,

except the fees and costs of Guardians Ad Litem Colin K. K. Goo and Scott A. Makukane shall be paid from the T.H.G. Marital Subtrust.

DATED:  Honolulu, Hawaiʻi, February 27, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge